**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
SUITE 1350N
OAKLAND, CA 94612

**STEVEN G. KALAR**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

October 6, 2015

Hon. Donna M. Ryu
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

    Re:    <u>United States v. Joh'Ronnie Cotton</u>
             CR-15-449 JSW

Dear Judge Ryu:

    I am the attorney for Joh'Ronnie Cotton. I write to request that his case be calendared before your Honor for a detention hearing on October 8, 2015 at 9:30 a.m. The assigned Assistant United States Attorney is available on that date.

    Thank you in advance for considering this request.

                                      Sincerely,

                                      /s/ Ned Smock

                                      NED SMOCK
                                      Assistant Federal Public Defender